Martin HARRIS, Plaintiff—Appellant,

v.

Commonwealth of VIRGINIA, Chairperson, Parole Board; Helen F. Fahey, Chairperson, Defendants—Appellees.

No. 07–6216.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 26, 2007.

Decided: May 3, 2007.

Martin Harris, Appellant Pro Se.

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martin Harris appeals the district court's order dismissing his 42 U.S.C.

§ 1983 (2000) complaint for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Harris v. Virginia,* No. 2:06–cv–00723–RBS (E.D. Va. filed Jan. 4, 2007; entered Jan. 10, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*